IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS LIPOVSKY,<br><br>　　　　　　　Defendant. | 4:15-CR-3013<br><br>MEMORANDUM AND ORDER |

　　　This matter is before the Court on the defendant's objection (filing 26) to the Findings and Recommendation of the Magistrate Judge (filing 24), recommending that the defendant's motion to suppress (filing 22) be denied. The Court has conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objections to be without merit. The Court will therefore adopt the Findings and Recommendation.

　　　THEREFORE, IT IS ORDERED:

1.　　The Court adopts the Magistrate Judge's Findings and Recommendation (filing 24).

2.　　The defendant's objection (filing 26) is overruled.

3.　　The defendant's motion to suppress (filing 22) is denied.

Dated this 9th day of July, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge