IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NICHOLAS LIPOVSKY,<br><br>                Defendant. | 4:15CR3013<br><br>AMENDED ORDER |

Defendant has moved to continue the trial currently set for July 20, 2015. (Filing No. 28). As explained in the motion, defense counsel is not available during the current trial setting because he will be trying a different case. The court has, however, continued that trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be denied. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 28), is denied.

2) The trial of this case remains set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 20, 2015, or as soon thereafter as the case may be called, for a duration of two (2) trial days. Jury selection will be held at commencement of trial.

July 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge